UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DEAN WILKS,<br><br>      Plaintiff,<br><br>  v.<br><br>KING COUNTY, et al.,<br><br>      Defendants. | Case No. C06-0615-RSL-JPD<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND |

On June 21, 2006, the Court directed service of plaintiff's 42 U.S.C. § 1983 civil rights action. Dkt. No. 11. Defendants have not yet answered. This matter comes before the Court upon plaintiff's motion to amend his complaint. Dkt. No. 15. Having carefully reviewed the motion and the record, the Court ORDERS as follows:

(1) Plaintiff's motion to amend (Dkt. No. 15), is GRANTED. A party may amend their complaint once prior to the service of a responsive pleading. *See* Fed. R. Civ. P 15(a). Defendants have not yet filed a response to plaintiff's initial complaint. Plaintiff may therefore file an amended complaint, but must do so **no later than July 28, 2006**.

The Court notes that plaintiff has repeatedly filed amended complaints in this and other 42 U.S.C. § 1983 actions. *See e.g.* Case No. 05-2057-RSM-JPD. Although plaintiff shall be allowed to amend his complaint in this case, he is advised that filing amended complaints that do not add relevant facts or claims unnecessarily complicates the litigation and delays the Court's ability to address the issues presented.

ORDER GRANTING
PLAINTIFF'S MOTION TO AMEND
PAGE -1

01        (2)     The Clerk is directed to send a copy of this Order to the parties and to the

02 Honorable Robert S. Lasnik, Chief Judge.

03        DATED this 17th day of July, 2006.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING
PLAINTIFF'S MOTION TO AMEND
PAGE -2