UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DEAN WILKS,             )
                              )
        Plaintiff,            )   Case No. C06-0615-RSL-JPD
                              )
   v.                         )
                              )   ORDER
KING COUNTY, et al.,          )
                              )
        Defendants.           )
_____)

On June 21, 2006, the Court directed service of plaintiff's 42 U.S.C. § 1983 amended civil rights complaint. Dkt. No. 11. The Court also directed defendants to respond to the request for a preliminary injunction contained in the complaint. *Id.* However, plaintiff later indicated that he intended to amend his complaint.[1] Dkt. No. 15. Hence, there has been substantial uncertainty regarding which complaint and what relief is at issue in this case. Having carefully reviewed the record, the Court ORDERS as follows:

(1)  The response deadline for plaintiff's request for a preliminary injunction (Dkt. No. 11) is STRICKEN. Defendants shall respond to plaintiff's request for a preliminary injunction no later than August 11, 2006. Plaintiff may submit a reply to defendant's response no later than August 21, 2006.

(2)  The Clerk is directed to send a copy of this Order to the parties and to the Honorable Robert S. Lasnik, Chief Judge.

---

[1] Plaintiff has since indicated that he will not seek to amend his complaint. Dkt. No. 20.

ORDER
PAGE -1

01      DATED this 31st day of July, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2