06-CV-00615-FINAFF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DEAN WILKS,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, et al.,<br><br>Defendants. | Case No. CV06-0615-RSL-JPD<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Plaintiff's motion for a preliminary injunction is DENIED.

(3)   The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 5th day of Jan, 2007.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PLAINTFF'S
MOTION FOR PRELIMINARY INUNCTION
PAGE -1