UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
JAMES DEAN WILKS,                         )   No. C06-615RSL
                                          )
                        Plaintiff,        )   ORDER GRANTING PLAINTIFF'S
        v.                                )   REQUEST FOR EXTENSION OF
                                          )   TIME AND ORDER RESETTING
KING COUNTY, *et al.*,                    )   REPORT AND RECOMMENDATION
                                          )
                        Defendants.       )
_____)

This matter comes before the Court on plaintiff's objection to the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. #40). In his Report and Recommendation, Judge Donohue recommends that defendants' motions for summary judgment (Dkt. ##29, 33) should be granted because plaintiff failed to respond to the motions. See Dkt. #40 at 4. In his objection to the Report and Recommendation, plaintiff requests more time to respond to defendants' motions for summary judgment because of his incarceration and also requests copies of docket numbers 10, 29, 30, 33-39. See Dkt. #42 at 7-8.[1]

The Court GRANTS plaintiff's request for additional time. Plaintiff shall file his

---

[1] Notably, in his objection to the Report and Recommendation, plaintiff does not allege that he was not served with copies of defendants' motions for summary judgment. And, in any event, the Court is directing the Clerk of Court in this order to send copies of the summary judgment motions to plaintiff.

ORDER GRANTING PLAINTIFF'S REQUEST
FOR EXTENSION OF TIME AND ORDER
RESETTING REPORT AND RECOMMENDATION

1 Objection to the Report and Recommendation, including his response to defendants' summary
2 judgment motions, with the Clerk (not mailed directly to Judge's chambers) and serve
3 defendants by **Friday, November 30, 2007**. Failure to file an objection within this time waives
4 the right to appeal any order by this Court adopting the Report and Recommendation. In
5 accordance with the Local Rules, any objections should be noted for consideration on the
6 motion calendar for the third Friday after they are filed. If no timely objections are filed, the
7 matter will be ready for consideration by this Court on **Friday, December 7, 2007**.

8      The Clerk of Court is directed to send a copy of this order, along with copies of docket
9 numbers 10, 29, 30, 33-40 to the address provided by plaintiff:

> James Dean Wilks
> BKG# 207037062
> King County Jail
> 500 Fifth Avenue
> Seattle, WA 98104-2332

     DATED this 2nd day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S REQUEST
FOR EXTENSION OF TIME AND ORDER
RESETTING REPORT AND RECOMMENDATION      -2-